SAMUEL H. DICK *v.* JACK R. DICK ET AL.

The named defendant's motion to strike certain assignments of error in the appeal from the Superior Court in Fairfield County at Stamford is denied.

*Sidney Vogel,* in support of the motion.

*Charles G. Albom,* in opposition.

Submitted March 20—decided March 21, 1973

BENEDICT AND COMPANY, INC. *v.* BOARD OF ZONING APPEALS OF THE CITY OF NEW HAVEN

The plaintiff's petition for certification for appeal from the Court of Common Pleas in New Haven County is denied.

*Louis Feinmark,* in support of the petition.

*Thomas F. Keyes* and *Joseph E. Bove,* in opposition.

Submitted March 19—decided March 26, 1973

PETER BIAFORE *v.* ZONING BOARD OF APPEALS OF THE CITY OF MERIDEN ET AL.

The named defendant's petition for certification for appeal from the Court of Common Pleas in New Haven County is denied.

*Morton H. Greenblatt,* assistant corporation counsel, in support of the petition.

*William I. Mark,* in opposition.